UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **2:25-cv-00054-MAR** Date: November 12, 2026

Title: *T'Anthony Redman v. Harvest Sherwood Food Distributors, Inc. et al*

Present: The Honorable: MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| Erica Valencia | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) ORDER TO SHOW CAUSE RE: STATUS REPORT**

On May 15, 2025, the Court ordered the parties to file status reports every ninety (90) days indicating the status of the related bankruptcy proceedings. Dkt. 14. No status reports have been filed by either party.

Accordingly, the parties are **ORDERED TO SHOW CAUSE** in writing, on or before **December 1, 2026**, why they have failed to file status reports. The parties should alert the Court to the current status of the bankrucptcy action and whether they intend to continue pursuing this action. Plaintiff is warned that failure to timely respond may result in the dismissal of the action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

:

**Initials of Preparer** ev